ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 07-00311ACK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CHERIE J. BRIGHT and BENJAMIN K. BRIGHT | October 25, 2007<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Petitioner, United States of America against Respondents, Cherie J. Bright and Benjamin K. Bright. IT IS FURTHER ORDERED that the case is closed.

cc:   all parties of record

| | |
|---|---|
| October 25, 2007 | SUE BEITIA |
| Date | Clerk |
| | (By) Deputy Clerk |