IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CIV. NO. 07-00311 ACK-KSC |
| ) | |
| Plaintiff(s),   ) | |
| ) | |
| vs.   ) | |
| ) | |
| CHERIE J. BRIGHT and   ) | |
| BENJAMIN K. BRIGHT,   ) | |
| ) | |
| Defendant(s).   ) | |
| _____  ) | |

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 4, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Evidentiary Hearing Held On May 13, 2009, and Order Denying Respondent Cherie Bright's Motion To Purge Contempt" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, June 24, 2009.



_____
Alan C. Kay
Sr. United States District Judge