IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07-00311 ACK KSC |
| | ) |
| Petitioner, | ) **JUDGMENT AGAINST CHERIE J.** |
| | ) **BRIGHT AND BENJAMIN K. BRIGHT** |
| v. | ) |
| | ) |
| CHERIE J. BRIGHT and | ) |
| BENJAMIN K. BRIGHT, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

JUDGMENT is hereby entered in favor of the United States and against Respondents Cherie J. Bright and Benjamin K. Bright.  Cherie J. Bright and Benjamin K. Bright are indebted to the United States of America, jointly and severally, for compensatory sanctions resulting from an order of civil contempt of this Court's August 20, 2008 Order enforcing Internal Revenue Service summonses issued to Cherie J. Bright and Benjamin K. Bright in the amount of $37,534.58, plus statutory interest running from August 1, 2010.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, September 16, 2010.



_____
Alan C. Kay
Sr. United States District Judge